# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OUTDOOR POWERHOUSE, LLC

VERSUS

BROWN & BROWN OF LOUISIANA,
LLC D/B/A BROWN & BROWN OF
BATON ROUGE AND KATIE CAVIN
AND LAURIE BONNER

NO.   2023 CW 0823

**NOVEMBER 7, 2023**

---

In Re:   Outdoor Powerhouse, LLC, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 153838.

---

**BEFORE:   GUIDRY, C.J., WELCH, HOLDRIDGE, WOLFE AND MILLER, JJ.**

**WRIT GRANTED.**   The district court's May 10, 2023 judgment granting the motion *in limine* filed by defendant, Brown & Brown of Louisiana, LLC d/b/a Brown & Brown of Baton Rouge, and limiting inventory damages to $67,445.87 due to flood should the jury find defendant failed to procure flood coverage is reversed.   Defendant failed to meet its burden of proof on the motion *in limine*, as no evidence was formally introduced at the hearing.   "Evidence not properly and officially offered and introduced cannot be considered, even if it is physically placed in the record.   Documents attached to memoranda do not constitute evidence and cannot be considered as such on appeal." **Denoux v. Vessel Management Services, Inc.,** 2007-2143 (La. 5/21/08), 983 So.2d 84, 88.   Accordingly, the motion *in limine* is denied.

> **JMG**
> **JEW**
> **GH**

**Miller, J.,** concurs.

**Wolfe, J.,** dissents and would deny the writ. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.** 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

_a.S.D_

---
DEPUTY CLERK OF COURT
FOR THE COURT